**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED 2019 DEC 18 P 3:54
U.S. MARSHALS SERVICE
WILMINGTON, DELAWARE

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| GLANDER INTERNATIONAL BUNKERING INC., | CA-19-2292 |
| DEFENDANT | TYPE OF PROCESS |
| Bouchard Transportation Company Inc. | Vessel Arrest Warrant |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Master of the Tug FREDERICK E. BOUCHARD
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Port of Delaware City

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Timothy Jay Houseal (Del. Bar ID No. 2880) YOUNG CONAWAY STARGATT & TAYLOR
Rodney Square
1000 North King Street
Wilmington, DE 19801

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Telephone J. Stephen Simms, of counsel as needed - 410-365-6131 mobile

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (302) 571-3267
DATE: 12/18/2019

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 15 | 15 | [signature] | 12/18/2019 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Service Fee: N/A
Amount owed to U.S. Marshal* or (Amount of Refund*): 0

**REMARKS**
12/18/19: Process returned unexecuted, per atty request. mcMoss

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE 2019 DEC 19 PM 1:38

RECEIVED

2019 DEC 18 P 3:54

U.S.
WILMINGTON