IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLANDER INTERNATIONAL BUNKERING INC., § § § | |
| Plaintiff, § | CIVIL ACTION NO.: 19-cv-2292-LPS |
| § | |
| vs. § | IN ADMIRALTY, Rule 9(h) |
| § | |
| BOUCHARD TRANSPORTATION CO., INC., et al., § § § | |
| Defendants and Garnishees. § | |

## NOTICE OF DISMISSAL

Plaintiff Glander International Bunkering, Inc., having reached a partial settlement in this matter, hereby dismisses the foregoing action **without prejudice** pursuant to Fed. R. Civ. P. 41. All garnishees are dismissed and writs of attachment are withdrawn.

                                           YOUNG CONAWAY STARGATT & TAYLOR LLP

                                           */s/ Timothy Jay Houseal*
                                           _____
                                           Timothy Jay Houseal (Del. Bar ID No. 2880)
                                           Rodney Square
                                           1000 North King Street
                                           Wilmington, DE 19801
                                           (302) 571-6682

**OF COUNSEL**                thouseal@ycst.com

J. Stephen Simms               *Attorneys for Glander International Bunkering Inc.*
Simms Showers LLP
201 International Circle, Ste. 250
Baltimore, Maryland 21030
Telephone:     (410) 783-5795
Facsimile:     (410) 510-1789
jssimms@simmsshowers.com

Dated:  January 17, 2020